IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF JAY HANCOCK,

      Plaintiff,                    No. CIV S-05-1842 LKK PAN P

    vs.

A. POMAZAL, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.

        By order filed November 30, 2005, the court determined that plaintiff failed to state a cognizable claim and dismissed the complaint with leave to amend. Plaintiff has filed an amended complaint.

        The amended complaint states a colorable claim against defendants Starcevich and S. Wong pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915(d).

        By findings and recommendations made this date the court recommends claims against the other defendants be dismissed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Service is appropriate for defendants Starcevich and S. Wong;

1    2.  The Clerk of the Court is directed to send to plaintiff two USM-285 forms, one
summons, an instruction sheet and a copy of the first-amended complaint filed January 13, 2006;

3.  Within 30 days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents with the following documents:

    a.  One completed summons;

    b.  One completed USM-285 form for each defendant listed in number 1 above; and

    c.  Three copies of the endorsed first-amended complaint filed January 13, 2006; and

4.  Plaintiff shall not attempt service on defendants and shall not request waiver of service. See Fed. R. Civ. P. 4(c)(2). Upon receipt of the above-described documents, the court will direct the United States Marshal to serve all process on the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

DATED: April 18, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\hanc1842.svc ord

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF JAY HANCOCK,

      Plaintiff,                No. CIV S-05-1842 LKK PAN P

    vs.

A. POMAZAL, et al.,

      Defendants.         <u>NOTICE OF SUBMISSION</u>

_____/    <u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

      <u> 1 </u>      completed summons

      <u> 2 </u>      completed USM-285 forms

      <u> 3 </u>      copies of the <u> January 13, 2006 </u>
                                  Amended Complaint

DATED:

_____
          Plaintiff