IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF JAY HANCOCK,

    Plaintiff,                      No. CIV S-05-1842 LKK PAN P

    vs.

A. POMAZAL, et al.,

    Defendants.                 ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On April 19, 2006, the court found service to be appropriate for two defendants but they have not been served. On April 25, 2006, plaintiff requested a voluntary dismissal form.

        No particular form is necessary voluntarily to dismiss an action pursuant to Fed. R. Civ. P. 41(a).

        Accordingly, IT IS HEREBY ORDERED that within 15 days from the date of this order, plaintiff shall notify the court whether he wishes to voluntarily dismiss this action without prejudice. See Fed. R. Civ. P. 41(a).

DATED: May 2, 2006.

UNITED STATES MAGISTRATE JUDGE

/bb/004
hanc1842.59a