1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFF JAY HANCOCK,

11              Plaintiff,                        No. CIV S-05-1842 LKK PAN P

12         vs.

13   A. POMAZAL, et al.,

14              Defendants.                ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding without counsel.. On May 10, 2006, he

17   requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall

18   be honored.

19              Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

20   DATED: May 17, 2006.

21

22                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
23

24   /mp/004
     /hanc1842.59
25

26